**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

General Electric Company,

    Plaintiff-Counter-Defendant,                  Case No. 08-cv-298-bbc

    v.

SonoSite, Inc.,

    Defendant-Counter-Plaintiff.

**PLAINTIFF-COUNTER-DEFENDANT'S MOTION FOR CONSTRUCTION**
**OF CLAIM TERMS OF U.S. PATENT NO. 5,722,412**

Pursuant to the Court's June 12, 2008 Preliminary Pretrial Conference Order regarding claim construction and its September 26, 2008 Order amending the briefing schedule, Plaintiff-Counter-Defendant General Electric Company ("GE") hereby moves the Court for construction of certain terms in claims asserted by SonoSite, Inc. against GE in U.S. Patent No. 5,722,412. This motion is based on the Brief in Support of Plaintiff-Counter-Defendant's Motion for Construction of Claim Terms of U.S. Patent No. 5,722,412, the Declaration of Robert E. McAlhany, Jr. in Support of Plaintiff-Counter-Defendant's Motion for Construction of Claim Terms of U.S. Patent No. 5,722,412 and the Declaration of Mark Schafer, Ph.D. in Support of Plaintiff-Counter-Defendant's Motion for Construction of Claim Terms of U.S. Patent No. 5,722,412, filed herewith.

Respectfully submitted,

October 24, 2008                    By:  *s/ Robert E. McAlhany, Jr.*
        Allen A. Arntsen
        aarntsen@foley.com
        Jeffrey A. Simmons
        jsimmons@foley.com
        Justin Edwin Gray
        jegray@foley.com
        **FOLEY & LARDNER LLP**
        150 E. Gilman Street
        P.O. Box 1497
        Madison, WI 53701-1497
        Tel: 608-258-4293; Fax: 608-258-4258

        Matthew M. Wolf
        wolfm@howrey.com
        **HOWREY LLP**
        1299 Pennsylvania Avenue N.W.
        Washington, DC 20004
        Tel: 202-783-0800; Fax: 202-383-6610

        Jennifer A. Sklenar
        sklenarj@howrey.com
        **HOWREY LLP**
        550 S. Hope Street, Suite 1100
        Los Angeles, CA 90071
        Tel: 213-892-1800; Fax: 213-892-2100

        Theresa M. Gillis
        gillist@howrey.com
        **HOWREY LLP**
        153 East 53rd Street, 54th Floor
        New York, NY 10022
        Tel: 212-896-6631; Fax: 212-896-6501

        Robert E. McAlhany, Jr., Ph.D.
        mcalhanyr@howrey.com
        **HOWREY LLP**
        1950 University Avenue, 4th Floor
        East Palo Alto, CA 94303
        Tel: 650-798-3500; Fax: 650-798-3600

        *Attorneys for Plaintiff-Counter-Defendant*

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing document was served on the following counsel as follows on October 24, 2008.

/s/ Robert E. McAlhany, Jr.

Christopher G. Hanewicz
chanewicz@perkinscoie.com
John Singleton Skilton
jskilton@perkinscoie.com
Sarah C. Walkenhorst
swalkenhorst@perkinscoie.com
Lissa R. Koop
lkoop@perkinscoie.com
**PERKINS COIE**
One East Main Street, Suite 201
Madison, WI 53703
Tel:  608-663-7460
Fax:  608-663-7499

(*Via CM/ECF*)
M. Patricia Thayer
pthayer@orrick.com
**ORRICK HERRINGTON & SUTCLIFFE**
405 Howard Street
San Francisco, CA 94105
Tel:  415-773-5700
Fax:  415-773-5759

(*Via CM/ECF*)

Mark S. Parris
mparris@orrick.com
Jeffrey Cox
jcox@orrick.com
**ORRICK HERRINGTON & SUTCLIFFE**
719 Second Avenue, Suite 900
Seattle, WA 98104-7097
Tel:  206-839-4300
Fax:  206-839-4301

(*Via CM/ECF*)

*Attorneys for Defendant and Counter-Plaintiff*
SonoSite, Inc.