IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GENERAL ELECTRIC COMPANY,

      Plaintiff,       ORDER

 v.

SONOSITE, INC.,           08-cv-298-bbc

      Defendant.

On December 18, 2008, this court held a telephonic hearing on Sonosite's two motions to compel additional discovery.  See dkts. 83 and 87.  Both sides were represented by counsel.

Having read all of the parties' submissions and having discussed the disputes with counsel, I granted each motion in part and denied it in part.  G.E. must provide the requested information in response to request for production 49.  G.E. shall be held to its representations regarding production on the other disputed requests for production and interrogatories.  Beyond that, G.E. does not need to provide additional information in response to Sonosite's motion to compel.

G.E. must make available for inspection its device, the inspection limited in the fashion Sonosite proffered at the hearing.  Specifically, Sonosite may remove the outer casing and move the outer plate to view the internal components of the device.  I am entering a separate order to commemorate this decision.

Each side will bear its own cost on these motions.  The parties had no other matters to bring to the court's attention.

Entered this 18th day of December, 2008.

          BY THE COURT:

          /s/

          STEPHEN L. CROCKER
          Magistrate Judge