IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GENERAL ELECTRIC COMPANY,

                                        Plaintiff,                                ORDER

     v.

SONOSITE, INC.,                                                      08-cv-298-bbc

                                        Defendant.

---

IT IS ORDERED that General Electric Company shall make available for inspection by Sonosite, Inc. the recently-imported New System device insofar as Sonosite may remove the outer casing, move the steel plate and inspect the interior of the device.

Entered this 18th day of December, 2008.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge