**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

General Electric Company,

    Plaintiff-Counter-Defendant,                      Case No. 08-cv-298-bbc

    v.

SonoSite, Inc.,

    Defendant-Counter-Plaintiff.

**PLAINTIFF-COUNTER-DEFENDANT GENERAL ELECTRIC COMPANY'S
MOTION FOR SUMMARY JUDGMENT OF INVALIDITY AND
NONINFRINGEMENT OF U.S. PATENT NO. 5,722,412**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff-Counter-Defendant General Electric Company ("GE") hereby moves for summary judgment against Defendant-Counter-Plaintiff SonoSite, Inc. as to the following:

1) GE's claim for a declaration of invalidity under 35 U.S.C. §§ 102, 103 and/or 112 of U.S. Patent No. 5,722,412 (claims 11 through 14 and 15 through 18), as set forth in GE's Complaint (DKT 1);

2) GE's reply counterclaim for a declaration of noninfringement of U.S. Patent No. 5,722,412 (claims 11 through 14 and 16 through 18) for the accused Venue 40, as set forth in GE's Reply (DKT 38); and

3) GE's reply counterclaim for a declaration of noninfringement of U.S. Patent No. 5,722,412 (claims 11 through 14 and 16 through 18) for the accused lightweight Venue 40 under the doctrine of equivalents, as set forth in GE's Reply (DKT 38).

In support of this motion, GE submits the accompanying Brief in Support of Summary Judgment, Statement of Proposed Findings of Fact, and the following declarations:

a) Declaration of Menachem Halmann, Ph.D. in Support of Plaintiff-Counter-Defendant General Electric Company's Motion for Summary Judgment of Invalidity and Noninfringement of U.S. Patent No. 5,722,412;

b) Declaration of Mark. E. Schafer, Ph.D. in Support of Plaintiff-Counter-Defendant General Electric Company's Motion for Summary Judgment of Invalidity and Noninfringement of U.S. Patent No. 5,722,412; and

c) Declaration of Robert McAlhany Jr. in Support of Plaintiff-Counter-Defendant General Electric Company's Motion for Summary Judgment of Invalidity and Noninfringement of U.S. Patent No. 5,722,412.

This Motion is further based on all papers and records on file in this action and such oral argument as may be presented at the hearing of this Motion.

                              Respectfully submitted,

February 13, 2009                 By: _s/ Matthew M. Wolf_

                              Allen A. Arntsen
                              aarntsen@foley.com
                              Jeffrey A. Simmons
                              jsimmons@foley.com

Justin E. Gray
jegray@foley.com
**FOLEY & LARDNER LLP**
150 E. Gilman Street
P.O. Box 1497
Madison, WI 53701-1497
Tel: 608-258-4293; Fax: 608-258-4258

Matthew M. Wolf
wolfm@howrey.com
Sara P. Zogg
zoggsara@howrey.com
**HOWREY LLP**
1299 Pennsylvania Avenue N.W.
Washington, DC 20004
Tel: 202-783-0800; Fax: 202-383-6610

Jennifer A. Sklenar
sklenarj@howrey.com
**HOWREY LLP**
550 S. Hope Street, Suite 1100
Los Angeles, CA 90071
Tel: 213-892-1800; Fax: 213-892-2100

Theresa M. Gillis
gillist@howrey.com
**HOWREY LLP**
153 East 53rd Street, 54th Floor
New York, NY 10022
Tel: 212-896-6631; Fax: 212-896-6501

Robert E. McAlhany, Jr., Ph.D.
mcalhanyr@howrey.com
**HOWREY LLP**
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Tel: 650-798-3500; Fax: 650-798-3600

*Attorneys for Plaintiff-Counter-Defendant*

DM_US:21905778_1