## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

General Electric Company,

    Plaintiff-Counter-Defendant,    Case No. 08-cv-298-bbc

    v.

SonoSite, Inc.,

    Defendant-Counter-Plaintiff.

**NOTICE OF MOTION AND MOTION *IN LIMINE* TO PRECLUDE DEFENDANT-COUNTER-PLAINTIFF SONOSITE, INC. FROM ADMITTING EVIDENCE INCONSISTENT WITH THE COURT'S CLAIM CONSTRUCTION ORDER**

TO:  John Skilton, JSkilton@perkinscoie.com
      Lissa Koop, LKoop@perkinscoie.com
      Sarah C. Walkenhorst,
      SWalkenhorst@perkinscoie.com
      Christopher Hanewicz,
      Chanewizc@perkinscoie.com
      Perkins Coie
      One East Main Street, Suite 201
      Madison, WI 53703

      Mark S. Parris
      mparris@orrick.com
      Jeffrey Cox
      jcox@orrick.com
      Orrick, Herrington & Sutcliffe
      719 Second Avenue, Suite 900
      Seattle, Washington 98104

      M. Patricia Thayer
      pthayer@orrick.com
      Orrick, Herrington & Sutcliffe
      405 Howard Street
      San Francisco, CA 94105

      **PLEASE TAKE NOTICE** that plaintiff-counter-defendant General Electric Company moves to preclude defendant-counter-plaintiff Sonosite, Inc. from admitting evidence inconsistent with the Court's claim construction order. The grounds for the motion are set forth in the accompanying memorandum.

MADI_1909159.1

Respectfully submitted,

May 19, 2009 By: _s/ Jeffrey A. Simmons_

Allen A. Arntsen
aarntsen@foley.com
Jeffrey A. Simmons
jsimmons@foley.com
Justin Edwin Gray
jegray@foley.com
**FOLEY & LARDNER LLP**
150 E. Gilman Street
P.O. Box 1497
Madison, WI 53701-1497
Tel: 608-258-4293; Fax: 608-258-4258

Matthew M. Wolf
wolfm@howrey.com
Sara P. Zogg
zoggsara@howrey.com
**HOWREY LLP**
1299 Pennsylvania Avenue N.W.
Washington, DC 20004
Tel: 202-783-0800; Fax: 202-383-6610

Jennifer A. Sklenar
sklenarj@howrey.com
**HOWREY LLP**
550 S. Hope Street, Suite 1100
Los Angeles, CA 90071
Tel: 213-892-1800; Fax: 213-892-2100

Theresa M. Gillis
gillist@howrey.com
**HOWREY LLP**
153 East 53rd Street, 54th Floor
New York, NY 10022
Tel: 212-896-6631; Fax: 212-896-6501

Robert E. McAlhany, Jr., Ph.D.
mcalhanyr@howrey.com
**HOWREY LLP**
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Tel: 650-798-3500; Fax: 650-798-3600

*Attorneys for Plaintiff-Counter-Defendant*