IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

General Electric Company,

    Plaintiff-Counter-Defendant,        Case No. 08-cv-298-bbc

    v.

SonoSite, Inc.,

    Defendant-Counter-Plaintiff.

---

**PLAINTIFF-COUNTER-DEFENDANT GENERAL ELECTRIC COMPANY'S MOTION FOR CLARIFICATION OF THE COURT'S CONSTRUCTION OF "SAMPLED DATA BEAMFORMER"**

---

    Plaintiff-counter-defendant General Electric Company moves for clarification of the Court's construction of the term "sampled data beamformer". The grounds for this motion are set forth in the accompanying brief.

        Respectfully submitted,

May 29, 2009        By:  *s/ Jeffrey A. Simmons*
        Allen A. Arntsen
        aarntsen@foley.com
        Jeffrey A. Simmons
        jsimmons@foley.com
        Justin Edwin Gray
        jegray@foley.com
        **FOLEY & LARDNER LLP**
        150 E. Gilman Street
        P.O. Box 1497
        Madison, WI 53701-1497
        Tel: 608-258-4293; Fax: 608-258-4258

Matthew M. Wolf
wolfm@howrey.com
Sara P. Zogg
zoggsara@howrey.com
**HOWREY LLP**
1299 Pennsylvania Avenue N.W.
Washington, DC 20004
Tel: 202-783-0800; Fax: 202-383-6610

Jennifer A. Sklenar
sklenarj@howrey.com
**HOWREY LLP**
550 S. Hope Street, Suite 1100
Los Angeles, CA 90071
Tel: 213-892-1800; Fax: 213-892-2100

Theresa M. Gillis
gillist@howrey.com
**HOWREY LLP**
153 East 53rd Street, 54th Floor
New York, NY 10022
Tel: 212-896-6631; Fax: 212-896-6501

Robert E. McAlhany, Jr., Ph.D.
mcalhanyr@howrey.com
**HOWREY LLP**
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Tel: 650-798-3500; Fax: 650-798-3600

*Attorneys for Plaintiff-Counter-Defendant*