IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GENERAL ELECTRIC COMPANY,

                  Plaintiff,

    v.

SONOSITE, INC.,

                  Defendant.

ORDER

08-cv-298-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      At a telephone status conference held on September 29, 2009, counsel for the parties advised the court that they have not yet completed all of their settlement discussions. However, they promised that they would file a final settlement agreement no later than October 16, 2009.

      Entered this 6th day of October, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge