UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

GENERAL ELECTRIC COMPANY,

    Plaintiff,

v.

SONOSITE, INC.,

    Defendant.

ORDER OF DISMISSAL

Case No. 08-cv-298-bbc

---

The court having been advised by counsel for the parties that the above-entitled action has been settled, this case is hereby dismissed with prejudice.

Entered this 27th day of October, 2009.

*Barbara B. Crabb*
Barbara B. Crabb
United States District Judge